UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

EDDIE I. SIERRA,

    Plaintiff,

v.                                                                   Case No: 2:17-cv-634-FtM-38CM

CITY OF NAPLES, FLORIDA,

    Defendant.
_____/

## **ORDER**[1]

This matter comes before the Court on the parties' Notice of Settlement (Doc. 13) filed on January 8, 2018. As the parties have settled this action, the Court will administratively close the file and dismiss the case without prejudice. *See* M.D. Fla. R. 3.08(b). The parties have a right, within thirty days from the date of this Order, February 9, 2018, to submit a stipulated form of final judgment or request an extension of time to do so, or for any party to move to reopen the case upon a showing of good cause. *See* M.D. Fla. R. 3.08(b). To the extent that the parties request this Court retain jurisdiction, the Court declines to do so.

Accordingly, it is now

**ORDERED:**

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

**(1)** The file is administratively closed and the case dismissed without prejudice.

**(2)** The parties have a right, within thirty days from the date of this Order, February 9, 2018, to submit a stipulated form of final judgment or request an extension of time to do so, or for any party to move to reopen the case upon a showing of good cause. Once the thirty day period expires, this dismissal shall be deemed with prejudice without further order.

**(3)** The Clerk of Court is **DIRECTED** to terminate any scheduled deadlines and pending motions, and administratively close this case.

**DONE** and **ORDERED** in Fort Myers, Florida this 10th day of January, 2018.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record